# CASE ANNOUNCEMENTS

*August 20, 2010*

[Cite as *08/20/2010 Case Announcements*, 2010-Ohio-3887.]

## MOTION AND PROCEDURAL RULINGS

**2009-1735.   Engel v. Univ. of Toledo College of Medicine.**
Franklin App. No. 09AP-53, 184 Ohio App.3d 669, 2009-Ohio-3957. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion for continuance of oral argument scheduled for September 29, 2010,

It is ordered by the court that the motion is granted, and oral argument will be rescheduled at a later date.

## MISCELLANEOUS DISMISSALS

**2010-1114.   Rettig v. Rettig.**
Wood App. No. WD-09-040, 2010-Ohio-2122. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010-1195.   State v. Layne.**
Clermont App. No. CA2009-07-043, 2010-Ohio-2308. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## DISCIPLINARY CASES

**2007-0492.   Disciplinary Counsel v. Squire.**
This cause came on for further consideration upon the filing by respondent, Carole Hutchins Squire, of a request for extension of time to pay costs. Upon consideration thereof,

It is ordered by this court that respondent's request for extension of time is hereby denied. It is further ordered that this matter is referred to Office of the Attorney General for commencement of collections proceedings.

PFEIFER and O'DONNELL, JJ., dissent.